# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:11-CR-361** |
| | : | |
| v. | : | (Chief Judge Conner) |
| | : | |
| **TRISTAN GREEN** | : | |

## **ORDER**

AND NOW, this 23rd day of February, 2018, upon consideration of the supplemental motion (Doc. 211) of defendant Tristan Green ("Green") to correct sentence under 28 U.S.C. § 2255 in light of the Supreme Court's decision in Johnson v. United States, 576 U.S. __, 135 S. Ct. 2551 (2015), which motion was stayed by the court at appointed counsel's request by order (Doc. 226) dated June 12, 2017, and further upon consideration of the notice (Doc. 228) filed by appointed counsel on January 18, 2018, reporting that the Supreme Court has either ruled or denied writs of *certiorari* in each of the cases undergirding the stay *sub judice*, at which juncture appointed counsel withdrew her representation, (see Docs. 230-31), and the court determining that it is appropriate to lift the stay and proceed with Green's pending motion, it is hereby ORDERED that:

1. The stay imposed by the court's order (Doc. 226) dated June 12, 2017 is LIFTED.

2. In view of the passage of time, either party may file a supplemental brief in support of or in opposition to Green's pending motion (Doc. 211) on or before **Friday, March 9, 2018**.

       /S/ CHRISTOPHER C. CONNER
       Christopher C. Conner, Chief Judge
       United States District Court
       Middle District of Pennsylvania