## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:11-CR-361** |
| | : | |
| **v.** | : | **(Chief Judge Conner)** |
| | : | |
| **TRISTAN GREEN** | : | |

## ORDER

AND NOW, this 3rd day of April, 2018, upon consideration of the supplemental motion (Doc. 211) of defendant Tristan Green ("Green") to correct sentence under 28 U.S.C. § 2255 in light of the Supreme Court's decision in <u>Johnson v. United States</u>, 576 U.S. __, 135 S. Ct. 2551 (2015), which motion was stayed by the court at appointed counsel's request by order (Doc. 226) dated June 12, 2017, and further upon consideration of the court's order (Doc. 231) dated February 22, 2018, wherein the court granted appointed counsel's request to withdraw, and the court's order (Doc. 232) dated February 23, 2018, wherein the court lifted the stay and gave the parties until March 9, 2018 to file supplemental briefs in support of or opposition to Green's motion, and it appearing from an affidavit (Doc. 234) filed by Green that he did not receive the court's order until March 26, 2018, it is hereby ORDERED that:

1. Green's affidavit (Doc. 234) is CONSTRUED as a motion for extension of time and is GRANTED as so construed.

2. Green shall have until **<u>Friday, April 20, 2018</u>** to file a supplemental brief in further support of his motion (Doc. 211) under 28 U.S.C. § 2255.

     /S/ CHRISTOPHER C. CONNER
     Christopher C. Conner, Chief Judge
     United States District Court
     Middle District of Pennsylvania