IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO. 1:11-CR-361 |
| | : | |
| v. | : | (Judge Conner) |
| | : | |
| **TRISTAN GREEN,** | : | |
| | : | |
| **Defendant** | : | |

### ORDER

AND NOW, this 7th day of October, 2020, upon consideration of defendant Tristan Green's *pro se* motion (Doc. 186) to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255, his *pro se* motion (Doc. 256) to expand the record, and the supplemental Section 2255 motions (Docs. 211, 260) filed by appointed counsel, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. Green's motions (Docs. 186, 211, 260) to vacate, set aside, or correct sentence under 28 U.S.C. § 2255 are DENIED.

2. Green's motion (Doc. 256) to expand the record is also DENIED.

3. A certificate of appealability is DENIED. See 28 U.S.C. § 2255 Rule 11(a).

4. The Clerk of Court is directed to close the corresponding civil case numbers 1:15-CV-302 and 1:16-CV-889.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania